UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Cicio,

                Plaintiff(s),

      -against-

Royce, et al.,

                Defendant(s).
---------------------------------------------------------X

**ORDER**

7:19-CV-09883 (CS)

<u>Seibel, J.</u>

      The Court hereby directs Auburn Correctional Facility to produce inmate **Terry Cicio (DIN No. 16-A-0164)** for the purposes of appearing via telephone for a Scheduling Conference being held on **Thursday, December 17, 2020 at 11:45 a.m.** The conference call-in number is: **(877) 336 – 1839** and the access code is: **1047966#.**

      **SO ORDERED.**

Dated:  December 14, 2020
          White Plains, New York

                                                    Cathy Seibel, U.S.D.J.