UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERRY CICIO,

                       Plaintiff,

      -against-                                 19 **CIVIL** 9883 (CS)

                                                    **<u>JUDGMENT</u>**

JASON ALVAREZ,

                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 4, 2022, Defendant's motion for summary judgment is GRANTED and Plaintiff's claim is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        April 4, 2022

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                              **BY:**

                                                                 **Deputy Clerk**